# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Elaine Anna Paul<br>aka Elaine A. Paul<br>James Temple Paul<br>aka James T. Paul<br>aka James T. Paul, II<br>aka James Temple Paul, II<br><br>**Debtors** | BK NO. 19-02895 HWV<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Huntington Bank and index same on the master mailing list.

                        Respectfully submitted,

                        **/s/ James C. Warmbrodt, Esquire**
                        James C. Warmbrodt, Esquire
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA  19106
                        215-627-1322