IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 BANKRUPTCY |
|---|---|---|
| James Temple Paul | : | |
| aka James T. Paul | : | CASE NO. 1:19-bk-02895 |
| aka James T. Paul, II | : | |
| aka James Temple Paul, II | : | |
| Elaine Anna Paul | : | |
| Elaine A. Paul | : | |
| Debtors | : | |

## PRAECIPE TO WITHDRAW APPEARANCE

I hereby withdraw my appearance regarding the above-referenced matter.

Respectfully submitted,

DATE: December 20, 2021         /s/James P. Sheppard
                                _____
                                JAMES P. SHEPPARD, ESQUIRE
                                2201 NORTH SECOND STREET
                                HARRISBURG, PA  17110
                                TELEPHONE:  (717) 232-5551
                                ATTORNEY ID 34944
                                (ATTORNEY FOR DEBTORS)

## PRAECIPE TO ENTER APPEARANCE

Please enter my appearance in the above-referenced matter.

Respectfully submitted,

DATE: December 20, 2021         /s/Lisa A. Rynard
                                _____
                                LISA A. RYNARD, ESQUIRE
                                240 BROAD STREET
                                MONTOURSVILLE, PA  17754
                                TELEPHONE: (717) 775-6656
                                ATTORNEY ID 92802
                                (ATTORNEY FOR DEBTORS)