UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| JAMES TEMPLE PAUL | : CASE NO. 1-19-02895-HWV |
| ELAINE ANNA PAUL | : |
|     Debtors | : |
| | : |
| JAMES TEMPLE PAUL | : |
| ELAINE ANNA PAUL | : |
|     Movants | : |
| | : 12 Victor Drive |
| v. | : Biglerville, Pennsylvania |
| | : |
| HUNTINGTON NATIONAL BANK; | : |
| JACK N. ZAHAROPOULOS, ESQUIRE, | : |
|  CHAPTER 13 TRUSTEE | : |
|     Respondents | : |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a true and correct copy of the Motion to Approve Sale of Real Property Free and Clear of Liens and Encumbrances and Approving Distribution of Proceeds (re: 12 Victor Drive, Biglerville, Pennsylvania) and Order Setting Answer Date & Hearing was served on the following parties Regular First Class Mail, Postage Pre-Paid:

HUNTINGTON NATIONAL BANK
OFFICER MANAGER AGENT
5555 CLEVELAND STREET
COLUMBUS, OH 43231

JACK N. ZAHAROPOULOS ESQUIRE
8125 ADAMS DRIVE STE A
HUMMELSTOWN PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET
SUITE 1190
HARRISBURG, PA 17101

Date: January 21, 2022

By: /s/ Lisa A. Rynard
Lisa A. Rynard, Esquire
Law Office of Lisa A. Rynard
240 Broad Street
Montoursville, PA 17754
(570) 505-3289
larynard@larynardlaw.com