LAW OFFICE OF

*Lisa A. Rynard*

LISA A. RYNARD   240 BROAD STREET   EST. 2021
MONTOURSVILLE, PENNSYLVANIA 17754
TELEPHONE (570) 505-3289
FAX (570) 980-9414

August 6, 2024

Clerk, U.S. Bankruptcy Court
1501 North 6th Street
Harrisburg, PA 17102

      RE:    James Temple Paul & Elaine Anna Paul
                Case No. 1-19-02895-HWV
                Chapter 13

Dear Clerk:

Please make note of the change of address for the above-referenced Debtor:

Old Address:    P.O. Box 302
                       Arendtsville, PA 17303

New Address:   311 Legion Street
                       Martinsburg, VA 25404

Thank you for your assistance with this matter. Should you have any questions please do not hesitate to contact me at (570) 505-3289.

                                                  Very truly yours,

                                                  LAW OFFICE OF LISA A. RYNARD

                                                  *Lisa A. Rynard*
                                                  Lisa A. Rynard