United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 19-02895-HWV

James Temple Paul                                         Chapter 13

Elaine Anna Paul

    Debtors

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Temple Paul, Elaine Anna Paul, 311 Legion Street, Martinsburg, VA 25404-4844 |
| 5219193 | | Discover Card, PO Box 742655, Cincinnati, OH 45274-2655 |
| 5219195 | | First National Bank, PO Box 6122, Hermitage, PA 16148-0922 |
| 5219197 | | Members 1st Federal Credit Union, PO Box 5865, Carol Stream, IL 60197-5865 |
| 5219198 | | PNC Bank American Educational Serv, 500 Colonial Rd, Harrisburg, PA 17112-1960 |
| 5219184 | | Paul Elaine Anna, 12 Victor Dr, Arendtsville, PA 17303-0302 |
| 5219183 | | Paul James Temple, 12 Victor Dr, Arendtsville, PA 17303-0302 |
| 5308589 | + | The Huntington National Bank,, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | | |
| | | | Aug 14 2024 22:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5219186 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Aug 14 2024 18:52:19 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 5228475 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Aug 14 2024 18:52:19 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5219187 | | EDI: BANKAMER | | |
| | | | Aug 14 2024 22:45:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 5219188 | | EDI: CITICORP | | |
| | | | Aug 14 2024 22:45:00 | Best Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 5219190 | | EDI: CITICORP | | |
| | | | Aug 14 2024 22:45:00 | Citi Double Cash Card, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5219191 | | EDI: CITICORP | | |
| | | | Aug 14 2024 22:45:00 | Citi Simplicity Card, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5219192 | | EDI: CITICORP | | |
| | | | Aug 14 2024 22:45:00 | Citi Thank You Preferred Card, PO Box 6062, Sioux Falls, SD 57117-6062 |
| 5245433 | + | EDI: CITICORP | | |
| | | | Aug 14 2024 22:45:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5225772 | | EDI: DISCOVER | | |
| | | | Aug 14 2024 22:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5225460 | + | EDI: DISCOVERPL | | |
| | | | Aug 14 2024 22:45:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5219194 | | EDI: DISCOVERPL | | |
| | | | Aug 14 2024 22:45:00 | Discover Personal Loans, PO Box 6105, Carol Stream, IL 60197-6105 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5219196 | | Email/Text: bankruptcy@huntington.com | Aug 14 2024 18:42:00 | Huntingdon Mortgage, PO Box 1558, Columbus, OH 43216-1558 |
| 5219189 | | EDI: JPMORGANCHASE | Aug 14 2024 22:45:00 | Chase, PO Box 15123, Wilmington, DE 19850-5123 |
| 5228957 | + | Email/Text: RASEBN@raslg.com | Aug 14 2024 18:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5243467 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2024 18:52:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5245112 | | EDI: PRA.COM | Aug 14 2024 22:45:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5219199 | | EDI: SYNC | Aug 14 2024 22:45:00 | SAM ASH Synchrony, PO Box 960061, Orlando, FL 32896-0061 |
| 5219200 | | EDI: CITICORP | Aug 14 2024 22:45:00 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 5219507 | ^ | MEBN | Aug 14 2024 18:38:59 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5219201 | | EDI: SYNC | Aug 14 2024 22:45:00 | Synchrony Guitar Center, PO Box 960061, Orlando, FL 32896-0061 |
| 5221591 | + | Email/Text: bankruptcy@huntington.com | Aug 14 2024 18:42:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5219185 | | James P Sheppard Esquire, REMOVED PER ENTRY 41 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2024         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor The Huntington National Bank or its Successor or ecfmail@readingch13.com, ecfmail@ecf.courtdrive.com |
| Jack N Zaharopoulos | |

TWecf@pamd13trustee.com

James Warmbrodt

on behalf of Creditor The Huntington National Bank bkgroup@kmllawgroup.com

James Warmbrodt

on behalf of Creditor Huntington Bank bkgroup@kmllawgroup.com

Lisa A Rynard

on behalf of Debtor 2 Elaine Anna Paul larynard@larynardlaw.com

Lisa A Rynard

on behalf of Debtor 1 James Temple Paul larynard@larynardlaw.com

Marisa Myers Cohen

on behalf of Creditor The Huntington National Bank ecfmail@mwc-law.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

| | | | |
|---|---|---|---|
| Debtor 1 | James Temple Paul | Social Security number or ITIN | xxx–xx–1501 |
| | First Name    Middle Name    Last Name | EIN __–_____ | |
| Debtor 2 (Spouse, if filing) | Elaine Anna Paul | Social Security number or ITIN | xxx–xx–0821 |
| | First Name    Middle Name    Last Name | EIN __–_____ | |

United States Bankruptcy Court    Middle District of Pennsylvania

Case number:    1:19–bk–02895–HWV

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James Temple Paul
aka James T. Paul, aka James T. Paul II, aka
James Temple Paul II

Elaine Anna Paul
aka Elaine A. Paul

**By the court:**

8/14/24

Henry W. Van Eck, Chief Bankruptcy
Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

Form 3180W    **Chapter 13 Discharge**    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**